GENE A. MAYHALL, d/b/a NATIONAL POOLS OF PALOS, Plaintiff-Appellant, *v.* SEAN MCDONNELL, Defendant-Appellee.

(No. 54840;

First District—May 3, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE LYONS.

Elmore & Rosch Associated, of Midlothian, (John F. Rosch, of counsel,) for appellant.

Norman Edelstein and Berman & Newman, both of Chicago, (Leonard E. Newman, of counsel,) for appellee.